**Deny and Opinion Filed April 25, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00489-CV

### IN RE LESTER SMITH, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1359889**

## MEMORANDUM OPINION
Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Evans

Relator files this petition for writ of mandamus alleging that the trial court has failed to follow the proper procedures in determining his pre-trial writ of habeas corpus. The facts and issues are well known to the parties, so we need not recount them herein.

This Court has not been given general supervisory control over district and county courts. *Texas Emp. Ins. Ass'n v. Kirby*, 150 S.W.2d 123, 126 (Tex. Civ. App.—Dallas 1941, no writ); *see also Guillory v. Davis*, 527 S.W.2d 465, 466 (Tex. Civ. App.—Beaumont 1975, no writ). In a criminal case, an applicant for mandamus relief must establish that he has no adequate remedy at law to redress the harm he has suffered, and he must show that the act he seeks to compel or prohibit does not involve a discretionary or judicial decision. *Simon v. Levario*, 306 S.W.3d 318, 320 (Tex. Crim. App. 2009). The record before the Court does not show that relator has met this

burden. *See* TEX. R. APP. P. 52.8(a). Accordingly, the Court **DENIES** the petition for writ of mandamus.

/David Evans/
DAVID EVANS
JUSTICE

140489F.P05